**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
─────────────────────────────────────────

**MICHAEL CLEMENT MANOSH,**

        Plaintiff,

    v.                                    6:14-CV-01515 (TJM/TWD)

**OBELSTEIN REAL ESTATE RENTAL OFFICE,**

        Defendant.
─────────────────────────────────────────

**THOMAS J. McAVOY,**
**Senior United States District Judge**

## DECISION & ORDER

**I.    INTRODUCTION**

This *pro se* action brought pursuant to 42 U.S.C. § 1983, was referred to the Hon. Thérèse Wiley Dancks, United States Magistrate Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c). No objections to Magistrate Judge Dancks' Report-Recommendation and Order [dkt. # 6] have been filed, and the time to do so has expired.

**II.    DISCUSSION**

After examining the record, this Court has determined that the Report-Recommendation and Order is not subject to attack for plain error or manifest injustice.

**III.    CONCLUSION**

Accordingly, the Court **ADOPTS** the Report-Recommendation and Order [dkt. # 6]

1

for the reasons stated therein. Therefore, it is hereby

**ORDERED** that the Complaint is **DISMISSED without prejudice.**

Dated: May 11, 2015

_____
Thomas J. McAvoy
Senior, U.S. District Judge